UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS CRISTADORO,<br>Plaintiffs<br><br>v.<br><br>KATHLEEN FORSYTHE AND,<br>JOHN FORSYTHE<br>Defendants | )<br>)<br>)<br>)<br>) CIVIL ACTION NO.<br>)<br>) **04 10327DPW**<br>)<br>) MAGISTRATE JUDGE _____ |

RECEIPT # _____
AMOUNT $ 150 -
SUMMONS ISSUED 2
LOCAL RULE 4.1 _____
WAIVER FORM _____
MCF ISSUED _____
BY DPTY. CLK. _____
DATE 2-17-04

## COMPLAINT AND JURY DEMAND

### INTRODUCTION

1. This is a complaint for personal injuries sustained by the Plaintiff in a motor vehicle accident.

### JURISDICTION

2. Plaintiff is a citizen of the State of Florida

3. Defendant is a citizen of the Commonwealth of Massachusetts.

4. The matter in controversy exceeds, exclusive of interest and costs, the sum specified by 28 U.S.C. §1332.

### PARTIES

5. The Plaintiff, Louis Cristadoro, is a resident of Fort Lauderdale, Florida and brings this action for personal injuries which he sustained in a motor vehicle accident.

6. The Defendant, Kathleen Forsythe is an individual residing in Squantum, Massachusetts.

7. The Defendant, John Forsythe is an individual residing in Squantum, Massachusetts.

1

## COUNT I

8. The plaintiff repeats and realleges the allegations contained in paragraphs 1-7 of this Complaint.

9. On or about July 22, 2002, the plaintiff, Louis Cristadoro, was operating a motor vehicle with due care southbound in the left lane on Quincy Shore Drive, a public way in Quincy, Norfolk County, Commonwealth of Massachusetts.

10. At the same time and place, the defendant, Kathleen Forsythe, was operating a motor vehicle owned by and registered to defendant John Forsythe, southbound on Quincy Shore Drive in Quincy, Norfolk County, Commonwealth of Massachusetts.

11. The defendant, Kathleen Forsythe, so negligently operated defendant John Forsythe's automobile as to cause it to strike the rear portion of the vehicle owned and operated by the plaintiff.

12. As a result of the negligence of the defendant, Kathleen Forsythe, the plaintiff, Louis Cristadoro, sustained injuries of body and mind, incurred expenses for medical care and attendance, lost time from his usual employ and has been unable to return to his usual employ.

## COUNT II

13. The plaintiff repeats, realleges, and incorporates by reference as if set forth hereto in their entirety, Paragraphs 1 through 12 of this Complaint.

14. On July 22, 2002, the defendant, John Forsythe, was the registered owner of the vehicle operated by defendant Kathleen Forsythe, which was involved in a collision with the plaintiff, Louis Cristadoro.

15. At the time of the collision between the plaintiff, Louis Cristadoro, and the defendant, Kathleen Forsythe, the defendant, Kathleen Forsythe, was operating defendant John Forsythe's vehicle under the control of the defendant, John Forsythe.

16. At the time of the collision between the plaintiff, Louis Cristadoro, and the defendant, Kathleen Forsythe, the defendant Kathleen Forsythe, was operating John Forsythe's vehicle as the agent of the defendant, John Forsythe.

17. As a result of the negligence of the defendant, Kathleen Forsythe, who was operating defendant John Forsythe's vehicle under John Forsythe's control and, as his agent, the plaintiff, Louis Cristadoro, sustained injuries of body and mind, incurred expenses for medical care and attendance, and lost time from his usual employ.

WHEREFORE, Plaintiff demands judgment against the Defendants in the sum of THREE HUNDRED THOUSAND ($300,000.00) DOLLARS together with costs and interest.

PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL ISSUES RAISED IN HIS COMPLAINT.

Respectfully Submitted,
LOUIS CRISTADORO,
By his attorney,

Michael J. McDevitt (BBO No. 564720)
Jill M. Morrissey (BBO No. 655272)
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210
(617) 439-4990

Dated: 2/13/04