UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 10327 DPW

```
*************************************************  *
                                                   *
LOUIS CRISTADORO,                                  *
        Plaintiff,                                 *
                                                   *
v.                                                 *
                                                   *
KATHLEEN FORSYTHE and                              *
JOHN FORSYTHE,                                     *
        Defendants.                                *
                                                   *
*************************************************  *
```

## DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT AND JURY DEMAND

### INTRODUCTION

1.  Admit as to nature of Complaint.

### JURISDICTION

2.  Neither admit nor deny.

3.  Admit as to both Defendants.

4.  Deny.

### PARTIES

5.  Deny.

6.  Admit.

7.  Admit.

## COUNT I

8.   The Defendants repeat and reaver the answers given to paragraphs one through seven of the Plaintiff's Complaint and incorporates those responses herein by reference.

9.   Deny.

10.  Admit.

11.  Deny.

12.  Deny.

## COUNT II

13.  The Defendants repeat and reaver the answers given to paragraphs one through twelve of the Plaintiff's Complaint and incorporates those responses herein by reference.

14.  Admit.

15.  Deny.

16.  Deny.

17.  Deny.

WHEREFORE, the Defendants deny that the Plaintiff is entitled to judgment against them in any amount.

## AFFIRMATIVE DEFENSES

1.   The Defendants say that the Plaintiff was negligent, which negligence was greater than the negligence of the Defendants, if any, and, therefore, the Plaintiff is not entitled to recover, as provided under the terms and provisions of Massachusetts General Laws, Chapter 231, Section 85, as amended.

2.   The Plaintiff is not entitled to recover damages for pain and suffering and is barred from recovering same by the statutory provisions of Massachusetts General Laws, Chapter 231, Section 6D (1-5).

3.   The Defendants are exempt from tort liability for damages to the Plaintiff to the extent provided under Massachusetts General Laws, Chapter 90, Section 34M and that any damages recovered by the Plaintiff should be reduced to the extent of benefits paid to the Plaintiff under the provisions of Massachusetts General Laws, Chapter 90, Section 34A, M, or similar benefits paid.

4.   The harm, if any, suffered by the Plaintiff was caused by one for whose conduct the Defendant John Forsythe is not legally responsible and the Plaintiff's recovery is thereby barred.

5.   Plaintiff's Complaint should be dismissed for lack of subject matter jurisdiction as Plaintiff's claim fails to meet the amount in controversy.

THE DEFENDANTS DEMAND A TRIAL BY JURY IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS ON ALL ISSUES.

> Defendants, John Forsythe
> and Kathleen Forsythe,
> By their attorney,
>
> _____
> Kevin R. McNamara, Esquire
> BBO #542219
> Brenda M. Bagnell, Esquire
> BBO #544147
> Law Office of Charles F. Corcoran
> 45 William Street, Suite 210
> Wellesley, MA 02481
> Telephone: 781-237-3535

## CERTIFICATE OF SERVICE

I, Kevin R. McNamara, Esquire, hereby certify that on March 25, 2004, I served a copy of the above **Defendants' Answer to Plaintiff's Complaint and Jury Demand** upon all counsel in the above action by mailing a copy thereof, postage prepaid to: Jill M. Morrissey, Esquire, Lawson & Weitzen, LLP, 88 Black Falcon Avenue, Suite 345, Boston, MA 02210.

_____
Kevin R. McNamara, Esquire