AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

For the _____ District of ___Massachusetts___

Louis Cristadoro
V.
Kathleen Forsythe and
John Forsythe

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**04 10327 DPW**

TO: (Name and address of Defendant)
Kathleen Forsythe
68 Ocean Avenue
Squantum, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael J. McDevitt
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA  02210

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK _____  DATE  2-17-04

(By) DEPUTY CLERK



**Norfolk County Sheriff's Department**  2015 Washington St. • Braintree, MA 02184 • (781) 326-1787

*Norfolk, ss.*

March 24, 2004

I hereby certify and return that on 3/22/2004 at 12:36 pm I served a true and attested copy of the summons, complaint & civil action cover sheet in this action in the following manner: To wit, by delivering in hand to Kathleen Forsythe at 68 Ocean Avenue  Squantum, MA  02171. Conveyance ($1.50), Copies-Attestation ($5.00), Basic Service Fee ($30.00), Postage and Handling ($1.00), Travel ($5.76) Total Charges $43.26

_____
Deputy Sheriff

**Deputy Sheriff Ronald Goguen**

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date                              *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.