UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 10327 DPW

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* *

LOUIS CRISTADORO,
    Plaintiff,

v.

KATHLEEN FORSYTHE and
JOHN FORSYTHE,
    Defendants.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CERTIFICATION OF DEFENDANTS PURSUANT TO LR 16.1(D)(3)**

Now comes Kevin R. McNamara, Esquire, and John Grikas and hereby certify as follows:

1. The undersigned are Kevin R. McNamara, Esquire, and he represents the Defendants in the above-entitled litigation and John Grikas, an authorized representative of the Defendants' insurer.

2. We have conferred with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of this litigation.

3. We have conferred to consider the resolution of this litigation through the use of alternative dispute resolution.

SUBSCRIBED AND SWORN TO UNDER THE PAINS AND PENALTIES OF PERJURY ON MAY 20, 2000.

_____      _____
Kevin R. McNamara, Esquire                John Grikas
Counsel for Defendants                     Amica Mutual Insurance Company

**CERTIFICATE OF SERVICE**

I, Kevin R. McNamara, Esquire, hereby certify that on May 20, 2004, I served a copy of the above **Certification of Defendants Pursuant to LR 16.1(D)(3)** upon all counsel in the above action by mailing a copy thereof, postage prepaid to: Michael McDevitt, Esquire, Lawson & Weitzen, LLP, 88 Black Falcon Avenue, Suite 345, Boston, MA 02210.

_____
Kevin R. McNamara, Esquire
BBO # 542219