UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS CRISTADORO,<br>Plaintiff,<br><br>v.<br><br>KATHLEEN FORSYTHE and<br>JOHN FORSYTHE,<br>Defendants. | )<br>)<br>)<br>)   CIVIL ACTION NO. 04 10327 DPW<br>)<br>)<br>)<br>)<br>) |

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

Plaintiff, Louis Cristadoro and Defendants, Kathleen Forsythe and John Forsythe hereby submit the following Joint Statement pursuant to Local Rule 16.1 (D) and Fed.R.Civ.P. 26(b).

### JOINT DISCOVERY PLAN

1.  **BACKGROUND**

**Plaintiff**

On or about July 22, 2002, Plaintiff, Louis Cristadoro, was operating a vehicle in Quincy, Massachusetts. Mr. Cristadoro, while at a complete stop was rear ended by a vehicle operated by Defendant, Kathleen Forsythe and owned by Defendant John Forsythe.

As a result of the accident, Plaintiff sustained injury to his neck with resultant headaches, shoulder pain and numbness into his left arm. Plaintiff has undergone extensive medical treatment, including but not limited to physical therapy, chiropractic, massage therapy, cortisone injections. Plaintiff's treatment is ongoing and continuing and presently being considered for anterior cervical discectomy and fusion surgery of his cervical spine.

Plaintiff contends that the Defendant, Kathleen Forsythe, negligently operated the vehicle owned by Defendant, John Forsythe.

## DOCUMENT DISCOVERY

The parties will complete basic document discovery sufficient to enable them to commence taking deposition by September 30, 2004. Any necessary motions to compel production of documents will be filed promptly. The parties may serve further request for documents, as needed, through December 31, 2004. The parties may also seek discovery of documents in the possession of third parties by initiating such request prior to January 30, 2005.

## INTERROGATORIES AND REQUESTS FOR ADMISSIONS

The parties agree to limit Interrogatories and Requests for Admissions to 25 each as set forth in Local Rule 26.1(C).

## DEPOSITIONS

The parties will complete depositions of the party and/or representative by January 31, 2005 and non-party witnesses by February 28, 2005. Each party may notice up to 10 depositions as set forth in Local Rule 26.1(C), not including Keeper of the Records depositions for employment, medical and/or insurance company records, without obtaining leave of the Court. The parties hope to avoid Keeper of the Recrods depositions through the use of authorizations. The parties agree to limit the number of the Keeper of the Records depositions to 10. Expert witnesses will not be deposed until the depositions of fact witnesses have been completed.

## EXCHANGE OF WITNESS LISTS

The parties will exchange lists of fact witnesses who may be called at trial by March 31, 2005. Either party may make additions thereafter upon showing good cause.

The parties will each disclose the names of their expert(s) by March 31, 2005. Expert witness reports will be exchanged by the parties on or before April 30, 2005. Either party may depose the other party's experts. Expert depositions will be completed by May 31, 2005.

## MOTIONS SCHEDULE

The parties may file dispositive motions at any time but in no event after June 30, 2005.

## PRE-TRIAL CONFERENCE

The parties anticipate that a final pre-trial conference would be scheduled by the Court for a date in July, 2005.

## CERTIFICATION

The certification required by 16.1(D)(3) have been filed under separate cover.

Parties do not agree to a jury trial by Magistrate Judge.

RESPECTFULLY SUBMITTED,

| Plaintiff, | Defendants, |
|---|---|
| By his Attorney, | By their Attorneys, |

Michael McDevitt, Esq. (BBO#564720)
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02111
(617) 439-4990

Kevin McNamara, Esq.(BBO#542219)
Brenda M. Bagnell, Esq. (BBO#544147)
Law Office of Charles F. Corcoran
45 William Street, Suite 210
Wellesley, MA 02481
(781) 237-3535

Dated: May 20, 2004