UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 10327 DPW

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

LOUIS CRISTADORO,
    Plaintiff,

v.

KATHLEEN FORSYTHE and
JOHN FORSYTHE,
    Defendants.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## STIPULATION OF DISMISSAL

The parties to the above-entitled action, pursuant to the provision of Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate that said action be dismissed with prejudice and without costs.

_____
Attorney for the Plaintiff
Michael McDevitt, Esquire
BBO #564720
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210
Telephone: (617) 439-4990

_____
Attorney for the Defendants
Brenda M. Bagnell, Esquire
BBO #544147
Kevin R. McNamara, Esquire
BBO #542219
Law Office of Charles F. Corcoran
45 William Street, Suite 210
Wellesley, MA 02481
Telephone: 781-237-3535

DATED: 11/3/04